ACCEPTED
04-15-00302-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/22/2015 9:44:07 AM
KEITH HOTTLE
CLERK

NO. 04-15-00302-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/22/2015 9:44:07 AM
KEITH E. HOTTLE
Clerk

## CITY OF PEARSALL

### APPELLANT

## VS.

## ROBERT M. TOBIAS

### APPELLEE

ON APPEAL FROM THE 218TH JUDICIAL DISTRICT COURT, FRIO COUNTY, TEXAS

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellee, Robert Tobias, respectfully presents this unopposed first motion to extend time in which to file his Appellee's Brief pursuant to Texas Rule of Appellate Procedure 38.6. No previous motions for extension of time to file the Appellee's Brief have been filed. In support of this motion, Appellee would show the Court as follows:

## I.

Following one extension, Appellant timely filed its principal brief on September 25, 2015. As a result, Appellees' Brief is currently due on October 25, 2015. Appellee intends to file a single brief and that brief will be drafted by the undersigned. Because of the events and matters described more fully below, Appellee requests an extension of an additional 30 days in which to file his Appellee's Brief or until November 25, 2015.

## II.

The requested extension is necessary because the following matters have prevented the undersigned from completing the Appellee's Brief and will preclude the undersigned from doing so sooner than October 25, 2015:

1. The undersigned was required to participate in a mediation and subsequent settlement negotiations in Washington, D.C. in the matter of Whitney Hagopain v. Guggenheim Securities;

2. The undersigned was required to attend mediation in Anacortes, WA, in the matter of Hyde v. Port of Anacortes;

3. The undersigned was required to participate in meetings for Trius Retail. A company in which he serves as General Counsel; and,

4. The undersigned was out of the office on personal matters for two weeks in October.

For all of the reasons explained above, counsel for Appellee cannot complete the Appellee's Brief by its current due date of October 25, 2015, and needs an additional 30 days in which to do so.

## III.

On October 16th, 2015, the undersigned conferred with Albert Lopez, counsel for Appellant. Mr. Lopez indicated that Appellant does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests that this Court grant his motion for extension of time in which to file his Appellees's Brief, extend the deadline in which to file the brief an additional 30 days up to and including November 25, 2015, and grant such other and further relief to which Appellee may be justly and equitably entitled.

Respectfully submitted,


_____Reid E. Meyers_____
11118 Wurzbach Rd., Ste. 206
San Antonio, TX 78230

ATTORNEY FOR APPELLEE


## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 22d day of October, 2015:

Albert Lopez                                    *via email/eservice*
Attorney at Law




Reid E. Meyers_____

4